940 ST. NICHOLAS AVENUE CORP., Appellant, *v.* JAMES GRANT, Respondent.

Supreme Court, Appellate Term, First Department, June 21, 1962.

*Donald Crichton* and *Louis J. Shaw* for appellant. *Mortimer Getzels, Abraham Eckstein* and *Ciceil L. Gross* for respondent.

*Per Curiam.* The record clearly establishes that tenant's conduct in repeatedly failing and refusing to pay his rent when due was a calculated scheme to harass landlord. The necessity

of instituting 17 separate summary proceedings during a 24-month period warranted a final order in favor of landlord, as prayed for in its petition (*Zalaznick* v. *Imbemba*, 35 Misc 2d 164; *Stern* v. *Carroll*, 28 Misc 2d 507; *Taylor* v. *Teller*, 28 Misc 2d 508).

The final order in favor of tenant should be reversed, with $30 costs and final order directed in favor of landlord, as prayed for in the petition, with costs.

Concur — HECHT, J. P., HOFSTADTER and TILZER, JJ.

Final order reversed, etc.